No. 90–7114.   CARO v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 90–7122.   COZAD v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7125.   GONZALEZ v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–7147.   HAMPTON v. NEVADA.   Sup. Ct. Nev.   Certiorari denied.

No. 90–1142.   NEW JERSEY v. HARVEY.   Sup. Ct. N. J.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 90–1231.   CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, ET AL. v. WALTON.   C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 90–1168.   TOWN OF CONCORD, MASSACHUSETTS, ET AL. v. BOSTON EDISON CO.   C. A. 1st Cir.   Motions of American Public Power Association et al. and National Association of Gas Consumers for leave to file briefs as *amici curiae* granted.   Certiorari denied.   JUSTICE WHITE would grant certiorari.

No. 90–1191.   OPERATING ENGINEERS & PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE & JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND ET AL. v. WEISS BROS. CONSTRUCTION CO., DBA WEISSCAL, ET AL.   Ct. App. Cal., 3d App. Dist.   Motions of Carpenters Joint Apprenticeship and Training Committee Fund for Southern California and Electrical Joint Apprenticeship et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.